IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARCUS HENRY,

                    Plaintiff,

v.

ANGELA STETTER and JAMIE BARKER,

                    Defendants.

ORDER

17-cv-673-jdp

---

I am issuing this order to follow up on the May 22, 2019 telephonic pretrial conference.

The clerk of court is directed to arrange for videoconference testimony from plaintiff Marcus Henry's proposed witnesses Martize Sultan and James Lee Powell. Counsel for defendants will contact Henry's proposed witness Cyle Keltner, Jr. to see if he is willing to testify voluntarily.

Henry states that he did not receive the court's May 14, 2019 order and that he received the court's summary judgment order well after it was sent out. Counsel for defendants is directed to provide Henry with a copy of the May 14 order and this order as quickly as possible. And, until trial, counsel should make arrangements with Henry's institution to ensure that he gets copies of any filing in this case within 24 hours.

The final issue relates to defendants' exhibits: the clerk of court has already contacted defendants about providing a new electronic copy of the exhibits, separating out each exhibit into its own file.

I will take up the parties' motions in limine and other remaining pretrial issues at the May 30 telephonic pretrial conference.

Entered May 22, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge