IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARCUS HENRY,

                    Plaintiff,                                    ORDER

        v.

ANGELA STETTER and JAMIE BARKER,                                 17-cv-673-jdp

                    Defendants.

---

Attached are current versions of the voir dire, jury instructions, and verdict form. Defendants should ensure that Marcus Henry receives copies of these documents by the end of the day so that he can review them before tomorrow's conference.

Entered May 29, 2019.

                                        BY THE COURT:
                                        /s/

                                        _____
                                        JAMES D. PETERSON
                                        DISTRICT JUDGE