IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARCUS HENRY,

    Plaintiff,

v.

ANGELA STETTER and JAMIE BARKER,

    Defendants.

Case No. 17-cv-673-jdp

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Angela Stetter and Jamie Barker in accordance with the jury's verdict.

Approved as to form this 4TH day of June, 2019.

_____
James D. Peterson
District Judge

_____    6/5/19
Peter Oppeneer                      Date
Clerk of Court